| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Tuesday, March 5, 2024 2:36 PM |
| **To:** | FLSBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, Southern District of Florida - Returned Mail Notice, In re: , Case Number: 23-01243, PDR, Ref: [p-209035565] |
| **Attachments:** | R_P02301243pdf0040085.PDF |

**CAUTION - EXTERNAL:**

Notice of Returned Mail to Court - Adversary Proceeding

March 5, 2024

From: The Bankruptcy Noticing Center

Re:    Returned Mail Notice - Adversary Proceeding

In re: Arezou Shahbazi, Plaintiff
       David Wallace Gemmell, Defendant
       Adv. Proc. No. 23-01243 PDR

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. This notification is being sent for appropriate processing as your court may determine.

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Arezou Shahbazi
GrayRobinson, P.A.
Steven J. Solomon
333 SE 2nd Street
32nd Floor
Miami, FL 33131-2203

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.