

**ORDERED in the Southern District of Florida on March 22, 2024.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

DAVID WALLACE GEMMELL                    Case No.: 23-13357-PDR
                                         Chapter 13
            Debtor.
_____/

AREZOU SHAHBAZI, SEAN                    Adv. Case No.: 23-01243-PDR
HERSHBERGER, JOSHUA KATS

            Plaintiffs,
vs.

DAVID WALLACE GEMMELL

            Defendant.
_____/

### ORDER GRANTING IN PART AND DENYING IN PART
### DEFENDANT'S MOTION TO DISMISS COMPLAINT

THIS MATTER came before the Court on March 20, 2024, at 1:30 p.m., upon the

Defendant's Motion to Dismiss Complaint [DE #20] (the "Motion"). For the reasons stated on the

record,

IT IS **ORDERED** THAT:

1. The Motion is **GRANTED** as to Counts I, II, III, IV, V, and VI **WITHOUT PREJUDICE**.

2. The Motion is **DENIED** as to Count VII.

3. The Plaintiffs are **GRANTED** leave to file an amended complaint by or before thirty (30) days from the entry of this order.

4. Defendant shall file a response on or before twenty (20) days from the filing of a timely filed amended complaint pursuant to Paragraph 3 above.

###

Respectfully submitted by:

**LIGHT & GONZALEZ, PLLC**
**Attorneys for the Defendant**

8751 W. Broward Blvd., Suite 206
Plantation, FL 33324
Phone: (754) 900-6545
Email: dustin@lightgonzalezlaw.com
Dustin Piercy, Esq.
Florida Bar No.: 1030710

*Dustin Piercy, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*