**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

DAVID WALLACE GEMMELL                    Case No.: 23-13357-PDR
                                         Chapter 13

       Debtor.

_____/

AREZOU SHAHBAZI, SEAN                    Adv. Case No.: 23-01243-PDR
HERSHBERGER, JOSHUA KATS

       Plaintiffs,

vs.

DAVID WALLACE GEMMELL

       Defendant.

_____/

## <u>DEFENDANT'S ANSWER TO COMPLAINT</u>

COMES NOW the Defendant DAVID WALLACE GEMMELL (*hereinafter*, the "Defendant"), by and through his undersigned counsel, hereby answers the operative Complaint [DE #1] (and see DE #30 dismissing Counts I-VI) of Plaintiffs AREZOU SHAHBAZI, SEAN HERSHBERGER, JOSHUA KATS (*hereinafter, collectively*, the "Plaintiffs"), and so states:

1.    Admitted for jurisdictional purposes only, otherwise denied.

2.    Denied.

3.    Denied.

4.    Denied.

5.    Admitted for jurisdictional purposes only, otherwise denied.

6.    Denied.

7.    Admitted to the extent that the documents speak for themselves, otherwise denied.

8.      Denied.

9.      Admitted to the extent that public records speak for themselves, otherwise denied.

10.     Denied.

11.     Admitted to the extent that the documents speak for themselves, otherwise denied.

12.     Denied.

13.     Denied.

14.     Denied.

15.     Denied.

16.     Admitted to the extent that public records speak for themselves, otherwise denied.

17.     Denied.

18.     Without knowledge.

## COUNT VII
### Breach of Buyout Agreement

56.     Defendant incorporates by reference his answers in 1-18 above.

57.     Admitted to the extent that public records speak for themselves, otherwise denied.

58.     Denied.

59.     Denied.

60.     Denied.

61.     Denied.

## AFFIRMATIVE DEFENSES

AFFIRMATIVE DEFENSE #1.      Plaintiffs have failed to state a claim.

AFFIRMATIVE DEFENSE #2.      Plaintiffs have failed to attach any fully executed agreement

supporting the claim in Count VII.

AFFIRMATIVE DEFENSE #3.      Plaintiffs have failed to mitigate their damages.

## PREVAILING PARTY FEES AND COSTS

Defendant DAVID WALLACE GEMMELL hereby notices all parties that the Defendant intends to seek reimbursement of all of Defendant's reasonable attorneys' fees and costs recoverable to the full extent of the law, if applicable.

**LIGHT & GONZALEZ, PLLC**
**Attorneys for the Defendant**

8751 W. Broward Blvd., Suite #206
Plantation, FL 33324
Phone: (754) 900-6545
Email: dustin@lightgonzalezlaw.com

By: /s/ *Dustin Piercy*
**Dustin Piercy, Esq.**
Florida Bar No.: 1030710

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the aforementioned has been furnished on this 23rd day of April, 2024, via CM/ECF to all parties registered to receive electronic notice.

By: /s/ *Dustin Piercy*
**Dustin Piercy, Esq.**
Florida Bar No.: 1030710