

**ORDERED in the Southern District of Florida on May 24, 2024.**



    **Peter D. Russin, Judge**
    **United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsd.uscourts.gov

| | |
|---|---|
| In re: | CASE NO.: 23-13357-PDR |
| DAVID WALLACE GEMMELL | Chapter 13 |
| Debtor._____/ | Adv. Proc. No. 23-01243-PDR |
| Drs. Arezou Shahbazi, Joshua Kats, and Sean Hershberger, | |
| Plaintiffs | |
| vs. | |
| DAVID WALLACE GEMMELL, | |
| Defendant._____/ | |

### ORDER GRANTING PLAINTIFF'S
### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

    **THIS MATTER** came before the court on May 23, 2024, at 10:00 a.m. upon the *Plaintiff's Motion for Leave to File Amended Complaint* [D.E. #34] (the "Motion"). For the reasons stated on the

record, it is

    **ORDERED** as follows:

        1.  The Motion is **GRANTED**.

        2.  The Plaintiffs' are **GRANTED** leave to file an amended complaint by on or before five (5) days from the entry of this order.

        3.  Defendant shall file a response on or before twenty (20) days from the filing of a timely filed amended complaint pursuant to paragraph 2 above.

# # #

**Submitted by:**
Steven J. Solomon, Esq.
333 S.E. 2nd Ave., Suite 3200
Miami, FL 33131
Tel: (305) 416-6800
Fax: (305) 416-6887
E-mail:  steven.solomon@gray-robinson.com

*Steven J. Solomon, Esq. is directed to serve a copy of this order on all appropriate parties and to file a certificate of service with the Court.*