UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

DAVID WALLACE GEMMELL                    Case No.: 23-13357-PDR
                                         Chapter 13
      Debtor.
_____/

AREZOU SHAHBAZI, SEAN                    Adv. Case No.: 23-01243-PDR
HERSHBERGER, JOSHUA KATS

      Plaintiffs,
vs.

DAVID WALLACE GEMMELL

      Defendant.
_____/

**EX PARTE AGREED MOTION TO
<u>EXTEND TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT</u>**

DAVID WALLACE GEMMELL (*hereinafter*, the "Defendant" or "Mr. Gemmell"), by and through undersigned counsel, with the consent of counsel for the Plaintiffs, hereby files this Ex Parte Agreed Motion to Extend Time for Defendant to Respond to Amended Complaint (*hereinafter*, the "Motion"), and in support thereof, states as follows:

1. On May 23, 2024, the Plaintiffs, AREZOU SHAHBAZI, SEAN HERSHBERGER, and JOSHUA KATS, filed their Amended Complaint pursuant to this Court's Order Granting Leave to do so. See DE #39 (the "Order").

2. The Order also provides Defendant with twenty (20) days to file a response.

3. Prior to filing this Motion, undersigned counsel has conferred with counsel for the Plaintiffs in requesting an extension of time to respond to the Amended Complaint.

4. The parties have agreed to a response deadline of June 26, 2024.

5. Pursuant to Local Rule 5005-1(G)(1)(a) a proposed order is attached hereto.

WHEREFORE, the Defendant, DAVID WALLACE GEMMELL, with the consent of all affected parties, respectfully requests the entry of an Order (i) granting the Motion; (ii) extending the time to file a response to the Amended Complaint until June 26, 2024, and; (iii) for whatever other and further relief this Court deems just and proper.

**LIGHT & GONZALEZ, PLLC**
**Attorneys for the Defendant**

8751 W. Broward Blvd., Suite #206
Plantation, FL 33324
Phone: (754) 900-6545
Email: dustin@lightgonzalezlaw.com

By: /s/ *Dustin Piercy*
**Dustin Piercy, Esq.**
Florida Bar No.: 1030710

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the aforementioned Notice of Appearance has been furnished on this 12th day of June, 2024, via CM/ECF to all parties registered to receive electronic notice in this action.

By: /s/ *Dustin Piercy*
**Dustin Piercy, Esq.**
Florida Bar No.: 1030710