**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

DAVID WALLACE GEMMELL                    Case No.: 23-13357-PDR
                                          Chapter 13
        Debtor.
_____/

AREZOU SHAHBAZI, SEAN                    Adv. Case No.: 23-01243-PDR
HERSHBERGER, JOSHUA KATS

        Plaintiffs,
vs.

DAVID WALLACE GEMMELL

        Defendant.
_____/

**ORDER GRANTING EX PARTE AGREED MOTION TO**
**EXTEND TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT**

THIS MATTER came before the Court without a hearing upon the Ex Parte Agreed Motion to Extend Time for Defendant to Respond to Amended Complaint filed by Defendant, DAVID WALLACE GEMMELL (DE #42; the "Motion"). The Court, noting the agreement of the parties, finds that good cause exists to grant the Motion.

IT IS **ORDERED** THAT:

1. The Motion is **GRANTED**.

2. Defendant's response to the Amended Complaint is due on or before **June 26, 2024**.

###

Respectfully submitted by:

**LIGHT & GONZALEZ, PLLC**
**Attorneys for the Defendant**

8751 W. Broward Blvd., Suite 206
Plantation, FL 33324
Phone: (754) 900-6545
Email: dustin@lightgonzalezlaw.com
Dustin Piercy, Esq.
Florida Bar No.: 1030710

*Dustin Piercy, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*