UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

DAVID WALLACE GEMMELL                    Case No.: 23-13357-PDR
                                         Chapter 13
           Debtor.
_____/

AREZOU SHAHBAZI, SEAN                    Adv. Case No.: 23-01243-PDR
HERSHBERGER, JOSHUA KATS

           Plaintiffs,
vs.

DAVID WALLACE GEMMELL

           Defendant.
_____/

**SECOND MOTION TO EXTEND TIME
FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT**

DAVID WALLACE GEMMELL (*hereinafter*, the "Defendant" or "Mr. Gemmell"), by and through undersigned counsel, hereby files this Second Motion to Extend Time for Defendant to Respond to Amended Complaint (*hereinafter*, the "Motion"), and in support thereof, states as follows:

1. On June 13, 2024, this Court entered an Agreed Order extending the deadline for Defendant to file a response to the Amended Complaint until June 26, 2024. See DE #43 (the "Order").

2. Defendant's first such request (which was filed as an Agreed Motion) was due to the sudden passing of a family member of Defendant.

3.  Due to the same unfortunate event, Defendant requires a brief period of additional time to file his response.

4.  Defendant is now seeking an extension of seven (7) days, or until July 3, 2024, to file a response to the Amended Complaint.

5.  The Motion is not being filed in bad faith nor with the purpose of undue delay.

6.  None of the relief requested herein is prejudicial to the Plaintiffs.

WHEREFORE, the Defendant, DAVID WALLACE GEMMELL, respectfully requests the entry of an Order (i) granting the Motion; (ii) extending the time to file a response to the Amended Complaint until July 3, 2024, and; (iii) for whatever other and further relief this Court deems just and proper.

**LIGHT & GONZALEZ, PLLC**
**Attorneys for the Defendant**

8751 W. Broward Blvd., Suite #206
Plantation, FL 33324
Phone: (754) 900-6545
Email: dustin@lightgonzalezlaw.com

By: /s/ *Dustin Piercy*
**Dustin Piercy, Esq.**
Florida Bar No.: 1030710

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the aforementioned Notice of Appearance has been furnished on this 26th day of June, 2024, via CM/ECF to all parties registered to receive electronic notice in this action.

By: /s/ *Dustin Piercy*
**Dustin Piercy, Esq.**
Florida Bar No.: 1030710