

ORDERED in the Southern District of Florida on July 9, 2024.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                         Case No.: 23-13357-PDR
David Wallace Gemmell ,                         Chapter 13
    Debtor.
_____/

Arezou Shahbazi,
Sean Hershberger,
Joshua Kats
    Plaintiff(s)

v.                                                                  Adv. Proc. No. 23-01243-PDR


David Wallace Gemmell,
    Defendant.
_____/

**ORDER SETTING BRIEFING SCHEDULE AND HEARING**
**ON MOTION TO DISMISS**

On July 3, 2024, Defendant Gemmell filed a Motion to Dismiss Adversary Proceeding (the "Motion") (Doc. 47). Accordingly, the Court **ORDERS**:

1. The Plaintiff is directed to respond to the Motion by **July 24, 2024**.

2. Movants may file a reply to the response on or before **August 7, 2024**.

3. The Court will hold a hearing on the Motion on **August 14, 2024, at 10:00 a.m.** The hearing will be conducted at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301. Although the Court will conduct the hearing in person, the Court's webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) has specific guidelines regarding requirements and procedures for appearing remotely.

# # #

Copies To:
All parties in interest.