**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

DAVID WALLACE GEMMELL                          Case No.: 23-13357-PDR
                                               Chapter 13
      Debtor.                              Dismissed (July 3, 2024)

_____/

AREZOU SHAHBAZI, SEAN                           Adv. Case No.: 23-01243-PDR
HERSHBERGER, JOSHUA KATS

      Plaintiffs,

vs.

DAVID WALLACE GEMMELL

      Defendant.

_____/

### <u>EX PARTE MOTION TO CONTINUE HEARING</u>

DAVID WALLACE GEMMELL (*hereinafter*, the "Defendant"), by and through undersigned counsel, with the consent of counsel for the Plaintiffs, hereby files this Ex Parte Motion to Continue Hearing (*hereinafter*, the "Motion"), and in support thereof, states as follows:

1.    By an Agreed Order (DE #43), Defendant's deadline to respond to the Amended Complaint was June 26, 2024.

2.    On June 26, 2024, Defendant filed his Second Motion for Extension of Time (DE #45) seeking a further seven (7) day extension until July 3, 2024.

3.    The Court set such Second Motion on the Court's motion calendar to be heard on July 17, 2024.

4.    On July 3, 2024, Defendant filed his Motion to Dismiss Pursuant to 28 U.S.C. §1334(c) (DE #47). The Court entered its Order Setting Briefing Schedule and Hearing which

scheduled a hearing on the Motion to Dismiss for August 14, 2024.

5.      Counsels for Plaintiff and Defendant have conferred on the matters, however, they have yet to reach an agreement with respect to disposition of the pending motions. Instead, counsels have agreed to continue the hearing scheduled for July 17, 2024 until August 14, 2024 to allow both pending motions to be heard simultaneously.

6.      The parties have agreed to the relief requested herein.

7.      Pursuant to Local Rule 5005-1(G)(1)(a) a proposed order is attached hereto.

WHEREFORE, the Defendant, DAVID WALLACE GEMMELL, with the consent of all affected parties, respectfully requests the entry of an Order (i) granting the Motion; (ii) continuing the hearing scheduled for July 17, 2024, on Defendant's Second Motion for Extension of Time, until August 14, 2024, to be heard alongside Defendant's Motion to Dismiss, and; (iii) for whatever other and further relief this Court deems just and proper.

**LIGHT & GONZALEZ, PLLC**
**Attorneys for the Defendant**

8751 W. Broward Blvd., Suite #206
Plantation, FL 33324
Phone: (754) 900-6545
Email: dustin@lightgonzalezlaw.com

By: /s/ *Dustin Piercy*
    **Dustin Piercy, Esq.**
    Florida Bar No.: 1030710

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished on this 15th day of July, 2024, via CM/ECF to all parties registered to receive electronic notice in this action.

By: /s/ *Dustin Piercy*
    **Dustin Piercy, Esq.**
    Florida Bar No.: 1030710