**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

DAVID WALLACE GEMMELL                    Case No.: 23-13357-PDR
                                          Chapter 13
        Debtor.                       Dismissed (July 3, 2024)
_____/

AREZOU SHAHBAZI, SEAN                    Adv. Case No.: 23-01243-PDR
HERSHBERGER, JOSHUA KATS

        Plaintiffs,
vs.

DAVID WALLACE GEMMELL

        Defendant.
_____/

## AGREED ORDER GRANTING EX PARTE MOTION TO CONTINUE HEARING

    THIS MATTER came before the Court without a hearing upon the Ex Parte Motion to Continue Hearing filed by Defendant, DAVID WALLACE GEMMELL (DE #50; the "Motion").

The Court, noting the agreement of the parties, finds that good cause exists to grant the Motion.

IT IS **ORDERED** THAT:

1. The Motion is **GRANTED**.

2. The hearing scheduled for July 17, 2024, at 10:00 a.m., on Defendant's Second Motion for Extension of Time to Respond to the Amended Complaint is hereby **CONTINUED** to August 14, 2024, at 10:00 a.m., to take place at the **U.S. Courthouse, 299 E Broward Blvd, Courtroom 301, Ft Lauderdale, FL 33301**.

###

Respectfully submitted by:

**LIGHT & GONZALEZ, PLLC**
**Attorneys for the Defendant**

8751 W. Broward Blvd., Suite 206
Plantation, FL 33324
Phone: (754) 900-6545
Email: dustin@lightgonzalezlaw.com
Dustin Piercy, Esq.
Florida Bar No.: 1030710

*Dustin Piercy, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*