

ORDERED in the Southern District of Florida on July 24, 2024.



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

In re:

DAVID WALLACE GEMMELL                         Case No.: 23-13357-PDR
                                              Chapter 13
          Debtor.                             Dismissed (July 3, 2024)
_____/

AREZOU SHAHBAZI, SEAN                         Adv. Case No.: 23-01243-PDR
HERSHBERGER, JOSHUA KATS

          Plaintiffs,
vs.

DAVID WALLACE GEMMELL

          Defendant.
_____/

### AGREED ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

THIS MATTER came before the Court upon the Motion to Dismiss Pursuant to 28 U.S.C. §1334(c) (DE #47; the "Motion") filed by Defendant DAVID WALLACE GEMMELL. The Court, noting the agreement of the parties, based upon the *Order Denying Confirmation of and*

*Dismissing Chapter 13 Case* (the "Dismissal Order") (23-13357-PDR; Bankr. DE #113) and the Debtor's deadline for seeking a rehearing or reconsideration of the Dismissal Order or reinstatement of the bankruptcy case has lapsed, finds that good cause exists to grant the Motion.

IT IS **ORDERED** THAT:

1. The Motion is **GRANTED**.

2. This adversary proceeding is hereby **DISMISSED WITHOUT PREJUDICE**.

3. Dismissal of the underlying bankruptcy case on July 3, 2024 (23-13357-PDR), pursuant to the Dismissal Order, operated to extinguish the automatic stay.

4. The hearing on the Motion scheduled for August 14, 2024, at 10:00 a.m., is hereby **CANCELED**.

###

Respectfully submitted by:

**LIGHT & GONZALEZ, PLLC**
**Attorneys for the Defendant**

8751 W. Broward Blvd., Suite 206
Plantation, FL 33324
Phone: (754) 900-6545
Email: dustin@lightgonzalezlaw.com
Dustin Piercy, Esq.
Florida Bar No.: 1030710

*Dustin Piercy, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*